UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *Juanea L. Butler*, individually and as representative of all others similarly situated, <br><br> Plaintiff; <br> v. <br><br> *Denka Performance Elastomer LLC, et al.*, <br><br> Defendants. | Civil Action No.: **18-cv-06685** <br><br> Section: **"F" (4)** <br><br> Judge: **Martin L.C. Feldman** <br><br> Magistrate Judge: **Karen Wells Roby** |

**DUPONT'S RULE 72(a) APPEAL OF THE MAGISTRATE'S ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION PETITION**

   As authorized by Federal Rule of Civil Procedure 72(a) and Local Rule 72.2, Defendant E. I. du Pont de Nemours and Company ("DuPont") respectfully objects to the Magistrate Judge's April 16, 2019 Order (R. Doc. 122) to the extent it allows Plaintiff to amend her complaint to state a strict liability claim against DuPont. A memorandum in support of this appeal is attached. For the reasons set forth more fully therein, DuPont respectfully requests that the District Court reverse the portion of the Magistrate Judge's order allowing Plaintiff to amend as to her strict liability claim against DuPont based on the futility of the proposed amendment.

   « *Signatures on the following page.* »

Dated: April 30, 2019					Respectfully submitted:


           */s Joshua J. Doguet*
Deborah D. Kuchler (La. Bar No. 17013)
Sarah E. Iiams (La. Bar No. 22418)
Joshua J. Doguet (La. Bar No. 35111)
**KUCHLER POLK WEINER, LLC**
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: (504) 592-0696
dkuchler@kuchlerpolk.com
siiams@kuchlerpolk.com
jdoguet@kuchlerpolk.com

    *– and –*

Kevin T. Van Wart, P.C. (T.A.) (Ill. Bar No. 6183921)
Bradley H. Weidenhammer (Ill. Bar No. 6284229)
Rebecca C. Fitzpatrick (Ill. Bar No. 6299773)
Stanley M. Wash (Ill. Bar No. 6310435)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
kevin.vanwart@kirkland.com
bradley.weidenhammer@kirkland.com
rebecca.fitzpatrick@kirkland.com
stan.wash@kirkland.com

***Counsel for Defendant E. I. du Pont de Nemours and Company***