UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUANEA L. BUTLER,<br>*Individually and as representative of all others similarly situated* | CIVIL ACTION |
| VERSUS | NUMBER: 18-6685 |
| DENKA PERFORMANCE ELASTOMER, LLC,<br>ET AL | SECTION: "F" (4) |

**J U D G M E N T**

Considering the Court's various orders and reasons granting the defendants' motions to dismiss, record document nos. 118 and 172, and granting E.I. DuPont de Nemours' Rule 72(a) appeal of the magistrate's order on plaintiff's motion for leave to file second amended class action petition, record document no. 136; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, the State of Louisiana through the Department of Environmental Quality, the State of Louisiana through the Department of Health and E.I. DuPont de Nemours and Company and against plaintiff Juanea L. Butler, dismissing plaintiff's claims with prejudice and conditionally dismissing the plaintiff's claims against Denka Performance Elastomer, LLC;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Denka Performance Elastomer, LLC and Dupont Performance Elastomers, LLC and against plaintiff Juanea L Butler, dismissing plaintiff's claims in the second amended complaint with prejudice.

New Orleans, Louisiana, this   4th   day of June 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE