

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Nov 22, 2021**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 20-30365

United States Court of Appeals
Fifth Circuit
**FILED**
October 15, 2021
Lyle W. Cayce
Clerk

JUANEA L. BUTLER, INDIVIDUALLY AND AS REPRESENTATIVE OF ALL OTHERS SIMILARLY SITUATED,

*Plaintiff—Appellant*,

versus

DENKA PERFORMANCE ELASTOMER, L.L.C.; E I DUPONT DE NEMOURS & COMPANY; STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF HEALTH; INCORRECTLY NAMED AS LOUISIANA STATE THROUGH THE DEPARTMENT OF HEALTH AND HOSPITALS; STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF ENVIRONMENTAL QUALITY; DUPONT PERFORMANCE ELASTOMERS, L.L.C., *formerly known as* DUPONT DOW ELASTOMERS, L.L.C.,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-6685

Before HAYNES, HIGGINSON, and OLDHAM, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED IN PART, AFFIRMED IN PART and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

HAYNES, *Circuit Judge*, concurring in part, dissenting in part.

ANDREW S. OLDHAM, *Circuit Judge*, dissenting in part.